UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION



United States Courts
Southern District of Texas
FILED

JAN 2 4 2005

Michael N. Milby, Clerk

| UNITED STATES OF AMERICA | § |  |
|---|---|---|
|  | § |  |
| v. | § | CRIMINAL NUMBER: H-05- |
|  | § | CR-H-05-038 |
| ROBERT FERGUSON, | § |  |
| Defendant | § |  |
|  | § |  |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**Count One**

On or about July 20, 2004 in the Houston Division of the Southern District of Texas, the defendant,

**ROBERT FERGUSON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting commerce a firearm, a Harrington & Richardson, model R-P, .32 caliber revolver which had been shipped in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that all firearms and ammunition

involved in, or used in the commission of the offense in violation of Title 18, United States Code, Section 922(g)(1) charged in Count One, are subject to forfeiture, including, but not limited to, the following:

1. A Harrington & Richardson, model R-P, .32 caliber revolver, serial number Sy00342.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

MICHAEL T. SHELBY
United States Attorney

BY: _____
Richard K. Harris
Assistant United States Attorney