AO 257 (USAO REV. 6/99)

Marshal's Office/Clerk's Office   CR-H-05-038

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT — PER 18 U.S.C. 3170

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Name and Office of Person Furnishing Information on THIS FORM: MICHAEL T. SHELBY, USA
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): RICHARD K. HARRIS, AUSA

DEFENDANT – U.S. vs.
ROBERT FERGUSON

Address: [redacted]
Birth Date: [redacted]
☒ Male  ☐ Female  ☐ Alien (if applicable)
Social Security Number: [redacted]

PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
E.J. GARY/ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

MAG. JUDGE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

Place of offense: Southern District of Texas
☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

DEFENDANT

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

United States Courts
Southern District of Texas
FILED
JAN 2 4 2005
Michael N. Milby, Clerk

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☒ State

If answer to (6) is "Yes", show name of institution
HARRIS COUNTY JAIL

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Ct. 1: Possession of a Firearm by a Convicted Felon [18 USC § 922(g)(1)]

PENALTY:  Ct. 1: Not more than 10 years, and/or a $250,000 fine, or both

BENCH WARRANT

This form was electronically produced by Elite Federal Forms, Inc - mod HI (11/00)