USA-74-24b
(Rev 05/01)

| HOUSTON DIVISION | CRIMINAL DOCKET | NO. *CR-H-05-038* |
|---|---|---|

USAO Number 2005R00612
Magistrate Number

CRIMINAL INDICTMENT   Filed: *1-24-05*   Judge: *Sim Lake*

ATTORNEYS:
MICHAEL T. SHELBY, USA    (713) 567-9000
RICHARD K. HARRIS, AUSA    (713) 567-9305

UNITED STATES of AMERICA
VS.
ROBERT FERGUSON

Appt'd | Private

**CHARGE:** Ct. 1: Possession of a Firearm by a Convicted Felon [18 USC § 922(g)(1)]
(TOTAL)
(COUNTS:)
(1)

**PENALTY:** Ct. 1: Not more than 10 years, and/or a $250,000 fine, or both

☐ In Jail: HARRIS COUNTY JAIL
☐ On Bond: BENCH WARRANT
No Arrest:

NAME & ADDRESS
of Surety:

## PROCEEDINGS: