

United States Courts
Southern District of Texas
FILED
JAN 24 2005
Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Petitioner | § | |
| v. | § | CRIMINAL NO. H-05 |
| | § | CR-H-05-038 |
| ROBERT FERGUSON | § | |
| | § | |
| Respondent | § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Michael T. Shelby, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that, **ROBERT FERGUSON, DOB: 8/29/1974,** now duly committed to the custody of the Harris County Sheriff's Department, 1200 Baker Street, Houston, Texas 77002, is a defendant in the above-captioned case which will be called for the purpose of an initial appearance in the United States District Court for the Southern District of Texas, Houston Division, on the 2nd day of Feb, 2005, at 10:00 A.m. in Houston, Texas.

Petitioner further represents that the Harris County Sheriff's Department, 1200 Baker Street, Houston, Texas 77002, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Harris County Sheriff's Department, 1200 Baker Street, Houston, Texas 77002 where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the 2nd day of Feb., 2005, so that he may be present in this cause at that time.

        Respectfully submitted,

        Michael T. Shelby
        United States Attorney

By: _Richard K Harris_
        Richard K. Harris
        Assistant United States Attorney
        910 Travis St., Ste. 1500
        Houston, Texas 77002
        (713) 567-9305